HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:22-mj-00079-DB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | ) ) | |
| JOSE CURIEL, | ) ) | |
| Defendant. | ) ) ) ) | Date:   July 14, 2022 Time:   2:00 p.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Curiel, that the preliminary hearing scheduled for June 7, 2022 at 2:00 p.m. be continued to **July 14, 2022 at 2:00 p.m.**

The parties would like the opportunity to exchange discovery and engage in pre-indictment plea negotiations.  Additionally, defense counsel requests additional time to conduct pre-indictment investigation.  The parties believe the requested continuance will allow sufficient time for those purposes, and that good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

/ / /

The parties agree that the ends of justice served by resetting the preliminary hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: June 1, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JOSE CURIEL

PHILLIP A. TALBERT
United States Attorney

DATED:  June 1, 2022

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

## O R D E R

**IT IS HEREBY ORDERED** that the preliminary hearing scheduled for June 7, 2022, at 2:00 p.m., is continued to **July 14, 2022, at 2:00 p.m., before Magistrate Judge Allison Claire.** The time period between June 7, 2022, and July 14, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  June 2, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

*United States v. Jose Curiel*
Stipulation to Continue Preliminary Hearing

2