UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 11, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CURIEL,

    Defendant.

Case No. 2:22-mj-00079-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE CURIEL ,

Case No.  2:22-mj-00079-DB  Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  4000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other):  The defendant's release is delayed until Tuesday, July 12, 2022, at 9:00 AM.

Issued at Sacramento, California on July 11, 2022, at 3:30 PM.

By:  /s/ Allison Claire

Magistrate Judge Allison Claire